

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-20-00050-CV

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Luz Elena D. Chapa, Justice
    Irene Rios, Justice
    Beth Watkins, Justice

On February 5, 2020, this court issued an opinion denying relator's petition for writ of mandamus. On February 18, 2020, relator filed a motion for reconsideration. After considering relator's arguments, the motion is hereby DENIED.

It is so **ORDERED** on February 25, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CI15663, styled *Richard Lares v. Martha C. Flores*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.